

# Fourth Court of Appeals
## San Antonio, Texas

June 18, 2014

No. 04-13-00883-CR

Santos **GUEVARA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 4704
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Appellant is represented on appeal by retained counsel, Mr. James R. Chapman. Mr. Chapman has already been granted one thirty-five-day extension of time in which to file appellant's brief, which was due June 9, 2014. On June 4, 2014, Mr. Chapman filed a second motion asking for an extension of time until August 9, 2014. In his motion, Mr. Chapman stated there are three appeals, including this one, pending before this court that are all inter-related, and he intends to file a motion to consolidate at a future date. Mr. Chapman also stated that a hearing on whether appellant is indigent is set for June 12, 2014, in one of the three appeals (appellate cause number 04-14-00303-CR). In an order dated June 10, 2014, this court ordered Mr. Chapman's motion for an extension of time held in abeyance and ordered Mr. Chapman to file a letter with this court stating (1) the outcome of the indigency hearing in appellate cause number 04-14-00303-CR, and (2) whether appellant intends to pursue his appeal in appellate cause number 04-13-00883-CR. On June 17, 2014, Mr. Chapman filed a letter stating appellant is entitled to a free record in appellate cause number 04-14-00303-CR and appellant intends to pursue his appeal in appellate cause number 04-13-00883-CR.

We **GRANT** Mr. Chapman's request for an extension of time and **ORDER** Mr. Chapman to file appellant's brief on or before August 11, 2014 (August 9, 2014 is a Saturday). We advise Mr. Chapman that **no further extensions of time will be considered or granted without written proof of extraordinary circumstances**.

We order the clerk of this court to serve a copy of this order on all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court